UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 23-324(1) (NEB/LIB)

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DONALD DUANE ARMSTRONG, JR.,

      Defendant.

**GOVERNMENT NOTICE OF INTENT TO CALL WITNESS AT PRETRIAL MOTIONS HEARING**

The United States of America, in accordance with D. Minn. Local Rule 12.1(c)(3)(A), hereby submits its notice of intent to call witness at the motions hearing in the above-captioned matter.

The Government will call the following witness:

    (1) Special Agent Michael Dieter, Minnesota Bureau of Criminal Apprehension

Testimony is estimated to take thirty to forty-five minutes.

Dated: December 29, 2023

Respectfully Submitted,

ANDREW M. LUGER
United States Attorney

*s/ Evan B. Gilead*

BY: EVAN B. GILEAD
Assistant U.S. Attorney
Attorney ID No. 1601283 DC