UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 23-cr-324 (NEB/LIB)

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **GOVERNMENT'S RESPONSE TO DEFENDANT'S PRE-TRIAL TRAVEL REQUEST** |
| v. | |
| DONALD DUANE ARMSTRONG, JR., | |
| Defendant. | |

The United States of America responds to Defendant Donald Duane Armstrong, Jr.'s (Armstrong) request to travel to Walt Disney World in Orlando, Florida from February 25 through March 4, 2024. After speaking with Armstrong's U.S. Probation Officer, the Government has no objection to the request.

Armstrong is charged by Indictment with one count of Conspiracy to Make False Statements During Purchase of Firearms, in violation of 18 U.S.C. §§ 371 and 922(a)(6), and one count of Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1). After his federal arrest, Armstrong was ordered released and subject to numerous pretrial release conditions. *See* ECF No. 13. In correspondence with the undersigned, Armstrong's U.S. Probation Officer has indicated that Armstrong has complied with his release conditions. Additionally, Armstrong's U.S. Probation Officer advised that, to travel,

Armstrong would need to provide a formal itinerary to verify his departure from and arrival back into the District. The Government is aware of no court date which would necessitate his presence during the requested travel dates. Given Armstrong's pretrial compliance and the relatively short time period of his request (February 25-March 4, 2024), the Government has no objection to his request for travel.

Dated: February 12, 2024    Respectfully Submitted,

ANDREW M. LUGER
United States Attorney

*/s/ Evan B. Gilead*

BY: EVAN B. GILEAD
Assistant U.S. Attorney
Attorney ID No. 1601283 DC