UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 23-324(1) (NEB/LIB)

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **GOVERNMENT'S NOTICE OF INTENT TO CALL WITNESS AT SENTENCING EVIDENTIARY HEARING** |
| v. | |
| DONALD DUANE ARMSTRONG, JR., | |
| Defendant. | |

The United States of America hereby submits its notice of intent to call a witness at the sentencing evidentiary hearing in the above-captioned matter that is currently scheduled for **September 16, 2024, at 10:00 a.m.**

The Government intends to call Special Agent Michael Dieter of the Minnesota Bureau of Criminal Apprehension. The Government expects testimony, inclusive of cross examination, will take between 30 to 45 minutes.

Dated: September 16, 2024

Respectfully Submitted,

ANDREW M. LUGER
United States Attorney

*/s/ Evan B. Gilead*

BY: EVAN B. GILEAD
Assistant United States Attorney
Attorney ID No.: 1601283 DC