# United States District Court
## STATE AND DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA | GOVERNMENT'S EXHIBIT LIST |
|---|---|
| v. | |
| DONALD DUANE ARMSTRONG, JR. | Cr. No. 23-324(1) (NEB/LIB) |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| The Honorable Nancy E. Brasel | Evan B. Gilead, AUSA | Robert D. Richman |
| **HEARING DATE** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| September 19, 2024 | | Kristine Wegner |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 | | | | | 10.16.2022 and 10.26.2022 Text Message Extraction between Donald Duane Armstrong, Jr. and Franklin Warren Sam, Jr. |
| 2 | | | | | 9.2.2022 ATF 4473 (Firearms Transaction Record) for the Aero Precision model M5 7.62x51 rifle bearing serial number US250535 |
| 3 | | | | | 10.1.2022 ATF 4473 (Firearms Transaction Records) for the (1) Ruger model EC9S 9mm semi-automatic pistol bearing serial number 461-87368; and (2) Glock model 35 .40 caliber semi-automatic pistol bearing serial number BTUY501 |
| 4 | | | | | 10.2.2022 ATF 4473 (Firearms Transaction Record) for the Glock model 20 Gen4 10mm semi-automatic pistol bearing serial number BXHE862 |
| 5 | | | | | 10.7.2022 ATF 4473 (Firearms Transaction Record) for the Smith & Wesson model M&P-15 .223/5.56 rifle bearing serial number TT46165 |
| 6 | | | | | 10.16.2022 ATF 4473 (Firearms Transaction Record) for the Diamondback model DB10 .308 rifle bearing serial number DB-7024107 |
| 7 | | | | | 10.26.2022 ATF 4473 (Firearms Transaction Records) for the (1) Kimber model Stainless Raptor II 10mm semi-automatic pistol bearing serial number KF134331; and (2) Kimber K6S .357 revolver bearing serial number RV092585 |
| 8 | | | | | 5.15.2023 ATF 4473 (Firearms Transaction Records) for the Stevens model 320 12-gauge shotgun bearing serial number 200663H |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 9 | | | | | 5.26.2023 ATF 4473 (Firearm Transaction Record) for the Glock model 23 Gen5 .40 caliber semi-automatic pistol bearing serial number AFXA713 |
| 10 | | | | | |
| 11 | | | | | |